UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTON D. TERRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, Attorney General )<br> Of the United States, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-001 (RWR) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

The defendant, Alberto Gonzales, Attorney General of the United States and head of the United States Department of Justice, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. Specifically, the defendant requests that the deadline for responding to this complaint be extended by two weeks, from March 13, 2006, through and including March 27, 2006. This is the defendant's first request for an extension to respond to the Complaint in this matter. Plaintiff, through his counsel, has graciously consented to this extension. The grounds for this motion are set forth below.

The U.S. Attorney's Office was served with the complaint in this case on January 10, 2006. This case involves allegations that defendant discriminated against plaintiff based on his race (African-American) in connection with his employment at as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") in connection with plaintiff's non-selection in 2002 and 2003 for several positions located in various Field Divisions of ATF

around the country. Plaintiff also complains that the same non-selections constituted acts of unlawful retaliation against him based on his prior protected EEO activity.

Upon being assigned this case, defendant's counsel promptly contacted counsel for ATF to obtain information and to confer regarding the response to this complaint. ATF has provided an extensive administrative file concerning the agency's investigation and processing of plaintiff's administrative complaints of discrimination. Review and analysis of that material and further consultation is needed in order for a complete response to be filed on behalf of defendant. Undersigned counsel has not been able to complete all necessary analysis and work on a response due to the press of business in a number of other active matters which have required substantial attention during the last several weeks. Undersigned counsel believed that defendant would be able to meet the current deadline until working on the case on Sunday, March 12, 2006 when additional questions arose and insufficient time was left to have them answered.

This motion is filed in good faith and will not unduly delay the progress of this case, which is at its infancy, or unfairly prejudice either party. Indeed, it serves both the interests of the parties and the Court to allow defendant a reasonable amount of additional time to frame his pleading well at the outset.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including March 27, 2006. A draft order consistent with the relief sought herein is attached.

Dated: March 13, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

- 3 -

  /s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

  /s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161 (phone)
(202) 514-8780 (fax)
Jane.Lyons@usdoj.gov

- 3 -