UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTON D. TERRELL,                )<br>                                                       )<br>            Plaintiff,                       )<br>                                                       )<br>      v.                                           )<br>                                                       )<br>ALBERTO GONZALES, Attorney General  )<br>   Of the United States,                )<br>                                                       )<br>            Defendant.                  )<br>_____) | Civil Action No. 06-001 (RWR) |

### **ORDER**

UPON CONSIDERATION of defendant's first consent motion for an enlargement of time to respond to the Complaint in this matter, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including March 27, 2006 to respond to the complaint.

_____                                       _____
Date                                                                  RICHARD W. ROBERTS
                                                                          United States District Judge

Copies to Counsel of Record Through ECF