UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENTON D. TERRELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-001 |
| ) | (RWR) |
| **ALBERTO R. GONZALES,** ) | |
| in His Official Capacity as ) | |
| Attorney General of the United States. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

The parties to this proceeding, by and through counsel, hereby jointly submit this Motion for an extension of time to complete discovery, and in support thereof submit the following facts and circumstances.

1. Discovery in this case currently is due to conclude in this employment discrimination case on December 14, 2006, and a Status Conference is currently scheduled before the Court on December 15, 2006.

2. To date the parties have engaged in extensive efforts to settle this case, using also the excellent assistance of Magistrate Judge Robinson. The parties were optimistic until quite recently that they would be able to reach a resolution without further litigation. To enhance the chance of settlement, the parties had been attempting to minimize incurring fees associated with the discovery process. Unfortunately, complicating issues regarding the fees of the previous attorney who represented Plaintiff in the underlying

administrative EEO proceeding have required arbitration in that matter, and prior to a resolution of those claims, it does not appear likely that the parties can achieve a settlement in this case. Thus, the parties have concluded that it is necessary to proceed with full discovery in this proceeding, which is anticipated to be significant in scope due to the number of non-selections at issue which involve separate groups of witnesses and deciding officials.

    3. Additionally, both counsel in this proceeding are involved with other current Federal Court litigation. Specifically, Plaintiff's counsel has just completed discovery in two other District Court proceedings, and has an Appeal Brief and Appendix due in the Fourth U. S. Circuit Court of Appeals briefs on November 6, 2006, with a Reply Brief scheduled for December 2006. Defendant's counsel is also handling a variety of matters in both the District Court and the D.C. Circuit. Among other things, defense counsel has an oral argument in the D.C. Circuit on November 17, 2006, ongoing discovery matters in several cases, and a trial currently scheduled for two weeks in December, 2006.

    4. Based on the amount of discovery work remaining to be accomplished and the respective schedules of counsel, the parties respectfully move to extend discovery through February 28, 2007.

    5. Additionally, the parties would respectfully request that the Status Conference currently scheduled for December 15, 2006, be postponed to a date following the conclusion of discovery.

    A proposed Order is attached.

Respectfully submitted,

/s/
MICHAEL W. BEASLEY, ESQ.
D. C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia  22046
Phone:  (703) 241-2909
Fax:  (703) 241-5885
E-Mail:  Beasleys@erols.com

Counsel for Plaintiff
  Kenton D. Terrell

JEFFREY A. TAYLOR
D. C. Bar No. 498610
United States Attorney


RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

/s/
JANE M. LYONS
D.C. Bar No. 451737
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
Phone:  (202) 514-7161
Fax:     (202) 514-8780
E-Mail:  Jane.Lyons@usdoj.gov

Counsel for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTON D. TERRELL,          ) | |
|           ) | |
|     Plaintiff,          ) | |
|           ) | |
| v.          ) | Civil Action No. 06-001 |
|           ) | (RWR) |
| ALBERTO R. GONZALES,          ) | |
|   in His Official Capacity as          ) | |
|   Attorney General of the United States.          ) | |
|           ) | |
|     Defendant.          ) | |

## **ORDER**

This matter comes before the Court pursuant to the Joint Motion of the parties for an extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will conclude not later than February 28, 2007. Additionally, the Status Conference scheduled for December 15, 2006, is hereby postponed to _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

4

Serve:

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
beasleys@erols.com

Jane M. Lyons
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Jane.Lyons@usdoj.gov