UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENTON D. TERRELL,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ALBERTO R. GONZALES,** )<br>  **in His Official Capacity as** )<br>  **Attorney General of the United States.** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 06-001<br>        (RWR) |

## JOINT RESPONSE TO THE COURT'S NOVEMBER 6, 2006 ORDER

The parties, through their undersigned counsel, respectfully respond to the Court's November 6, 2006 Minute Order by notifying the Court of their agreement that staying this case pending the private arbitration of the fee dispute between plaintiff and his former attorney is appropriate. The parties do not currently anticipate that a temporary stay will prejudice either party, and a temporary stay will conserve the parties' resources and maximize the chances of a resolution without further litigation.

The parties recommend that the Court stay this case and direct plaintiff to file a notice with the Court upon the completion of the arbitration. In the alternative, the Court could set a date, perhaps near the middle of February, 2007, by which plaintiff or the parties would update the Court as to the status of the arbitration. When the arbitration is complete, the parties would respectfully request that the Court refer this matter back to Magistrate Judge Robinson for approximately 30 days to allow the parties to continue settlement discussions. At the conclusion of that period, if the parties have been unable

to reach an agreement, the parties would then propose a schedule for further proceedings, including completing discovery and a schedule for dispositive motions.

Dated:  November 9, 2006.

Respectfully submitted,

/s/_____
Michael W. Beasley, Esq.
D.C. Bar No. 248930
411 East Broad Street
Falls Church, VA  22046
Phone:  (703) 241-2909
Fax:  (703) 241-5885
E-mail:  beasleys@erols.com

Attorney for Plaintiff
  Kenton D. Terrell

_____
Jeffrey A. Taylor
D.C. Bar No. 498610
United States Attorney

_____
Rudolph Contreras
D.C. Bar No. 434122
Assistant United States Attorney

/s/_____
Jane M. Lyons
D.C. Bar No. 451737
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
Phone:  (202) 514-7161
Fax:     (202) 514-8780
Jane.Lyons@usdoj.gov

Attorneys for Defendant
  Alberto R. Gonzales

2