RECEIVED

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENTON TERRELL,

    Plaintiff,

v.                                                                   Civil Action No. 06-001 (RWR)

ALBERTO GONZALES,
    Attorney General
    Department of Justice.

    Defendant.

_____/

NOTICE OF ATTORNEY LIEN;
ATTORNEY LIEN OF KATHLEEN M. KUBICKI

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that KATHLEEN M. KUBICKI, Attorney, gives notice of an attorney's lien against Property of Plaintiff, Kenton Terrell, as described in the attached Attorney Lien.

Dated: __1/18__, 2007

Respectfully submitted,

*[signature]*

Kathleen M. Kubicki
Attorney
5895 Larkins Street
Detroit, MI 48210
313 896-8508
313 896-6373

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENTON TERRELL,

    Plaintiff,

v.                                                                                       Civil Action No. 06-001 (RWR)

ALBERTO GONZALES,
    Attorney General
    Department of Justice.

    Defendant.

_____/

ATTORNEY LIEN OF KATHLEEN M. KUBICKI

Pursuant to applicable law and the Retainer Agreement between Plaintiff, Kenton Terrell, and Attorney, Kathleen M. Kubicki, Kubicki exerts as lien, to the exert of the outstanding obligations incurred by or in behalf of Kenton Terrell, on Terrell's interest in all property at any time retained or awarded to Terrell, as part of any settlement, disposition or conclusion of this case ("property"). The total amount of this Lien, as of this date is in excess of $35,000.00.

This Lien on Terrell's property shall be discharged upon payment of such obligations, related costs and interest.

Respectfully submitted,

*[signature]* 1/18/07

Kathleen M. Kubicki
Attorney
5895 Larkins Street
Detroit, MI 48210
313 896-8508
313 896-6373

UNITED STATES OF AMERICA<br>
UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

KENTON TERRELL,

    Plaintiff,

v.                                               Civil Action No. 06-001 (RWR)

ALBERTO GONZALES,
    Attorney General
    Department of Justice.

    Defendant.

_____/

PROOF OF SERVICE

    I, Kathleen M. Kubicki, certify that on ____1/18____, 2007 I placed a copy of the foregoing document in the U.S. mail service, first class postage prepaid, addressed to the U.S. Attorney's Office and Michael Beasley.

Dated: __1/18__, 2007

Respectfully submitted,

*Kathleen M. Kubicki* (signature)

Kathleen M. Kubicki
Attorney
5895 Larkins Street
Detroit, MI 48210
313 896-8508
313 896-6373