UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENTON D. TERRELL,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> ALBERTO R. GONZALES,           ) <br>  In His Capacity as Attorney General           ) <br>  of the United States,           ) <br> ) <br> Defendant.           ) <br> ) | Civil Action No. 06-0001 (RWR) |

## JOINT STATUS REPORT

Plaintiff Kenton D. Terrell and Defendant Alberto R. Gonzales, Attorney General of the United States, by and through their undersigned counsel, respectfully submit this Joint Status Report, as directed through the Order of the Court entered November 15, 2006.

The background to this case is briefly summarized as follows:

1. The Parties filed a Joint Response to the Court's Order to Show Cause on November 9, 2006, explaining that progress towards a settlement of this case had been curtailed because of ongoing claims for attorney's fees and expenses made by a previous attorney (Kathleen M. Kubicki, Esq.) representing Mr. Terrell in a matter before the United States Equal Employment Opportunity Commission (EEOC). It also was noted by Plaintiff Terrell that efforts to resolve these prior attorney's claims had been initiated through a mandatory (per the relevant Attorney Representation/Retainer Agreement) arbitration process pending before the American Arbitration Association (AAA)

involving Plaintiff and the former attorney. The Joint Response further noted that, should settlement of this case not be achieved, the Parties would require additional time to complete discovery.

2. In its Minute Order issued November 14, 2006, the Court stayed this case and administratively closed the proceeding until further Order of the Court. Such action enabled the Plaintiff to proceed with his AAA proceeding, favorable resolution of which may result in a renewed opportunity for settlement of the instant case. The Parties base this optimistic assessment on the fact that they were working successfully toward a settlement with the assistance of United States Magistrate Judge Deborah Robinson when discussions were stalled by the outstanding dispute between Mr. Terrell and his former attorney.

3. On January 22, 2007, Plaintiff's former attorney, Kathleen Kubicki, filed a Notice of Attorney Lien in this docket asserting a total amount of Lien "in excess of $35,000.00." Plaintiff believes that this lien was filed in this docket in violation of the provisions of the cited Attorney Representation/Retainer Agreement, which stipulates that AAA has exclusive jurisdiction over all disputes regarding the terms of former attorney's representation. Plaintiff further notes that Ms. Kubicki's representation agreement stipulated a $10,000 cap on fees and expenses without explicit prior client approval to exceed that figure, which was never granted; and that Ms. Kubicki also failed to file a Post-Hearing Brief as required by the Administrative Judge in the underlying EEOC proceeding.

4. The substantive AAA proceeding over the fee dispute between Plaintiff and Ms. Kubicki is now scheduled for a binding arbitration hearing on March 13-14, 2007, in

Chicago. Following this hearing, the AAA arbitrator should promptly issue an Order resolving the aforestated fee dispute. As appropriate and if necessary, Plaintiff will take further legal action to enforce the arbitration Order in the appropriate jurisdictions, including addressing the lien claimed by Ms. Kubicki in the case before this Court.

     5. It is the reasonable belief of the Plaintiff in this case that the AAA matter should be resolved fully within the next sixty (60) days, and the Parties agree that a continuation of the current Stay of Proceeding until approximately April 16, 2007, will permit clarification of the issues raised herein – resulting in the optimum opportunity for timely settlement of the District Court proceeding. If the Parties are unable to reach a settlement on their own, they may wish to return to mediation before Magistrate Judge Robinson. The Parties also note, however, that if settlement cannot be achieved at this stage of the proceeding, an additional amount of time to complete discovery would be required. Accordingly, the Parties respectfully request that the Court set another date for filing a Status Report to explain how the Parties propose to proceed and any schedule for future proceedings. The Parties suggest May 1, 2007 for such a status report. A draft order is attached.

                                      Respectfully submitted,

| | |
|---|---|
|    /S/ | |
| Michael W. Beasley, Esq. | Jeffrey A. Taylor |
| D. C. Bar No. 248930 | D. C. Bar No. 498610 |
| 411 East Broad Street | United States Attorney |
| Falls Church, Virginia 22046 | |
| Phone: (703) 994-2524 | |
| Fax: (703) 241-5885 | |
| E-Mail: beasleys@erols.com | Rudolph Contreras |
| | D.C. Bar No. 434122 |
| Attorney for Plaintiff | Assistant United States Attorney |

3

          /s/
Jane M. Lyons
D.C. Bar No. 451737
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
Phone:  (202) 514-7161
Fax:     (202) 514-8780
Jane.lyons@usdoj.gov

Attorneys for Defendant

February 13, 2007