UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENTON D. TERRELL,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ALBERTO R. GONZALES,** ) <br>  In His Capacity as Attorney General ) <br>  of the United States, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-0001 (RWR) |

## ORDER

UPON CONSIDERATION of the joint status report filed by the parties on February 13, 2007, the Court finds that good cause exists to continue the stay currently in place in this case. Based on the information in the joint status report, it is hereby

**ORDERED** that the parties submit a further status report by no later than May 1, 2007. If appropriate, this further status report should include any proposed schedule for completing discovery and a briefing schedule for dispositive motions.

_____                               _____
Date                                                                         RICHARD W. ROBERTS
                                                                                   United States District Judge

Copies Though ECF to Counsel of Record