UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KENTON D. TERRELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-cv-0001 |
| | ) | (RWR) |
| **ALBERTO R. GONZALES,** | ) | |
|   as United States Attorney General, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PRAECIPE**
**(PLAINTIFF'S ATTORNEY CHANGE OF ADDRESS)**

The Clerk of Court will please note the following change of address and point-of-contact information for the Plaintiff's counsel in this proceeding, effective May 1, 2007:

    Attorney for Plaintiff (no change):  Michael W. Beasley, Esq.
    New Address:  200 Park Avenue, Suite 106
                    Falls Church, Virginia  22046
    New Phone:  (703) 533-5875
    New Fax:  (703) 533-5876
    New E-Mail:  beasleys2@verizon.net

                                                Respectfully submitted,

                                                /s/  Michael W. Beasley
                                             Michael W. Beasley, Esq.
                                             D. C. Bar No. 248930
                                             200 Park Avenue, Suite 106
                                             Falls Church, Virginia  22046
                                             Phone:  (703) 533-5875
                                             Fax:  (703) 533-5876
                                             E-Mail:  beasleys2@verizon.net

                                             Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that one copy of the foregoing Praecipe (Plaintiff's Attorney Change of Address) has been served through the Court's ECF filing system and also has been mailed, by first-class mail, postage prepaid, to the following named counsel for Defendant, this 1st day of May, 2007:

Jane M. Lyons
Assistant United States Attorney
555 4th Street, NW
Room E4822
Washington, D. C. 20530

          /s/ Michael W. Beasley
      Michael W. Beasley, Esq.
      D. C. Bar No. 248930
      Attorney for Plaintiff