UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENTON D. TERRELL,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>  In His Capacity as Attorney General<br>  of the United States,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0001 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT REPORT ON STATUS OF LITIGATION

The Parties to this proceeding, by and through their undersigned counsel, do hereby render to the Court a Joint Status Report, as directed through the Order of the Court entered February 15, 2007.

1. The American Arbitration Association (AAA) arbitration proceeding referenced in the previous Joint Report of the Parties between Plaintiff Terrell and his previous attorney (Kathleen M. Kubicki, Esq.) has now been concluded, following a hearing on the merits and opportunities for post-hearing submissions. In the Award of Arbitrator dated April 11, 2007, and served by fax on the parties to the arbitration on April 24, 2007, the arbitrator ruled that Ms. Kubicki was in breach of her retainer agreement with Plaintiff Terrell in several material aspects. Specifically, the arbitrator ruled, *inter alia*, that Ms. Kubicki was not entitled to fees and expenses billed to Mr. Terrell in the combined amount of $35,286.89 "by reason of her [Ms. Kubicki's] abandonment of Claimant's [Plaintiff Terrell's] EEO Claims …." The arbitration award

is final and binding, subject to limited judicial review and arbitration enforcement procedures.

2. Based upon the cited Award of Arbitrator, Plaintiff will file shortly with this Court a Motion to Quash the "Attorney Lien" filed by Ms. Kubicki in this docket on January 22, 2007. Because of issues and facts to be raised by Plaintiff in such Motion to Quash, Plaintiff also will seek Court sanctions against Ms. Kubicki.

3. It was Ms. Kubicki's untimely generation of substantial and undeserved fee claims, and her subsequent filing in this docket of the referenced Attorney Lien, which has contributed greatly to the considerable delay in the parties' ability to reach a mutually reasonable settlement in this proceeding. With that issue now resolved, the parties are prepared to move forward in this docket as the Court may direct.

4. In a recent discussion between counsel for Plaintiff and Defendant held on April 30, 2007, it was agreed that the parties' primary focus would be to determine if a mutually satisfactory and successful settlement may now be achieved. Thus, it is the recommendation of the parties that this matter either be referred back to Magistrate Judge Robinson for further settlement discussions, or that discovery be delayed for at least sixty (60) days to determine if the parties may themselves reach settlement.

Respectfully submitted,

| | |
|---|---|
| /S/ | /S/ |
| Michael W. Beasley, Esq. | Jeffrey A. Taylor |
| D. C. Bar No. 248930 | D. C. Bar No. 498610 |
| 200 Park Avenue, Suite 106 | United States Attorney |
| Falls Church, Virginia 22046 | |
| Phone: (703) 533-5875 | |
| Fax: (703) 533-5876 | /S/ |
| E-Mail: beasleys@erols.com | Rudolph Contreras |
| | D.C. Bar No. 434122 |
| Attorney for Plaintiff | Assistant United States Attorney |

/S/
Jane M. Lyons
D.C. Bar No. 451737
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
Phone: (202) 514-7161
Fax:    (202) 514-8780
Jane.lyons@usdoj.gov

Attorneys for Defendant

May 1, 2007