UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENTON D. TERRELL,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br> In His Capacity as Attorney General<br> of the United States,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0001 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter came before the Court on Plaintiff's Motion to Quash the Attorney's Lien filed in this docket by Kathleen M. Kubicki, Esq., and Plaintiff's Motion for Sanctions against Ms. Kubicki. The motions were not opposed by Defendant.

For the reasons set forth in each motion, any responses filed thereto, and the full record of this proceeding, it is hereby ORDERED:

1) That the Attorney's Lien filed by attorney Kathleen M. Kubicki is HEREBY QUASHED and shall be removed from the record this proceeding, and,

2) For cited irresponsible and dilatory conduct detrimental to the proceedings of this case, attorney Kathleen M. Kubicki is HEREBY SANCTIONED, AND ORDERED TO REPAY TO PLAINTIFF THE AMOUNT OF $3,000.00 IN ATTORNEY'S FEES.

3) It is further DIRECTED that a copy of this Order be forwarded to the following Michigan State Bar authorities:

>Michigan State Bar
>Attorney Grievance Commission
>243 W. Congress, Ste. 256
>Marquette Building
>Detroit, MI  48226
>
>Michigan State Bar Attorney Discipline Board
>211 West Fort Street, Suite 1410
>Detroit, MI  48226

ORDERED, this _____ day of _____, 2007.

_____
United States District Judge

SERVE:

Michael W. Beasley, Esq.
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
E-Mail:  beasleys2@verizon.net

Jane M. Lyons, Esq.
Assistant United States Attorney
Office of the United States Attorney
 for the District of Columbia
555 4th Street, N. W., Room E4822
Washington, D. C.  20530
E-Mail:  jane.lyons@usdoj.gov

Kathleen M. Kubicki, Esq.
5895 Larkins Street
Detroit, MI  48210