CLOSED2005, JURY, R16MLD

## U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00401-CB-M

Tkacik v. John Ashcroft, et al
Assigned to: Senior Judge Charles R. Butler, Jr
Referred to: Magistrate Judge Bert W. Milling, Jr
Demand: $300,000
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 05/31/2002
Date Terminated: 01/12/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Mary Tkacik**                    represented by    **Barry Carlton Prine**
Campbell, Duke & Prine
851 E. I-65 Service Rd., Ste. 700
Mobile, AL 36606
251-476-2400
Fax: 251-476-2647
Email: cdp_bprine@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Saverda Nielson**
212 Washington Ave.
3rd Floor
Towson, MD 21204
*TERMINATED: 01/11/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen M. Kubicki**
5895 Larkins St.
Detroit, MI 48210
313-896-8505
*TERMINATED: 11/01/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Campbell, III**
Campbell, Duke & Prine
851 E. I-65 Service Rd., Ste. 700
Mobile, AL 36606
251-476-2400
Fax: 251-476-2647
Email: cdp_rcampbell@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                Mary Tkacik
                183 Lake View Loop
                Daphne, AL 36526
                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Paul O'Neill**     represented by     **Daria J. Zane**
*Department of Treasury Secretary*           U.S. Attorney's Office
*TERMINATED: 02/21/2003*                      555 4th St. N.W.
                Room 10-447
                Washington, DC 20001
                202-305-4742
                *TERMINATED: 02/21/2003*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **George F. May**
                U.S. Attorney's Office
                63 S. Royal St., Rm. 600
                Mobile, AL 36602
                (334) 441-5845
                Fax: 2514415277
                Email: george.may@usdoj.gov
                *TERMINATED: 02/21/2003*
                *LEAD ATTORNEY*

                **Patricia Nicole Beyer**
                U.S. Attorney's Office
                63 S. Royal St., Rm. 600
                Mobile, AL 36602
                (334) 441-5845
                Fax: 2514415051
                Email: patricia.beyer@usdoj.gov
                *TERMINATED: 02/21/2003*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**John D. Ashcroft**     represented by     **George F. May**
                (See above for address)
                *LEAD ATTORNEY*

                **Mary B. Windom**
                U.S. Attorneys Office
                63 S. Royal St., Rm. 600
                Mobile, AL 36602

251-415-7211  
Fax: 251-441-5051  
Email: mary.windom@usdoj.gov  
TERMINATED: 09/09/2004  
LEAD ATTORNEY  
ATTORNEY TO BE NOTICED

**Patricia Nicole Beyer**  
(See above for address)  
LEAD ATTORNEY  
ATTORNEY TO BE NOTICED

V.

**Movant**

**Kathleen M Kubicki**  represented by  **Kathleen M Kubicki**  
5895 Larkins Street  
Detroit, MI 48210  
313-896-8508  
Fax: 313-896-2107  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2005 | 114 | Proof of Service Service by USM285 of Order served on 2/1/05. (cmj, ) (Entered: 04/18/2005) |
| 02/23/2005 | 113 | ORDER denying 112 Motion for Extension of Time as set out and directing clerk to forward copy of order to addresses listed. Signed by Judge Charles R. Butler Jr. on 2/23/05. (cmj, ) (Entered: 02/23/2005) |
| 02/22/2005 | 112 | MOTION for Extension of Time to file motion for relief from the court's order by Kathleen M Kubicki. Referred to Judge Butler(cmj, ) (Entered: 02/22/2005) |
| 01/12/2005 | 111 | Order entered that this action is DISMISSED WITH PREJUDICE subject to the right of either party to reinstate the action within 30 days should the settlement not be consummated.. Signed by Judge Charles R. Butler Jr. on 1/12/05. (cmj, ) (Entered: 01/12/2005) |
| 01/11/2005 | 110 | Order entered stating tht a settlement conference was held this date and that parties notified court action had been settled and request this action be dismissed with prejudice, provided they my reinstate within 30 days. Clerk is to mail plaintiff a copy of any order entered in this case from this date on as set out. Signed by Judge Bert W. Milling Jr. on 1/10/05. (cmj, ) (Entered: 01/11/2005) |
| 01/10/2005 | | Minute Entry for proceedings held before Judge Bert W. Milling Jr.: Settlement Conference held on 1/10/2005. (vlh, ) (Entered: 01/10/2005) |
| 01/10/2005 | 109 | Order entered that USM shall serve upon Kathleen Kubicki a copy of this |

| | | |
|---|---|---|
| | | order and the court's order of November 19, 2004 and shall certify to the court completion of such service; Attorney Kubicki shall comply with the terms of the court's order of November 19, 2004 within 20 days of the date of service as certified by the Marhshal as set out. . Signed by Judge Charles R. Butler Jr. on 1/7/05. (cmj, ) (Entered: 01/10/2005) |
| 01/07/2005 | 108 | Order granting 102 MOTION to Continue *and for settlement conference* filed by Mary Tkacik; setting settlement conference for January 10, 2005 at 9:00 a.m. . Signed by Judge Bert W. Milling Jr. on 1/6/05. (cmj, ) (Entered: 01/07/2005) |
| 01/05/2005 | 107 | Order re: settlement conference set 1/10/05 at 9:00. The Court has been advised by counsel for Defendant thather co-counsel, Leslie Randolph, will be present and have fullsettlement authority. In the event that Ms. Randolph feelsadditional settlement authority is needed, an authorizedrepresentative of the governmental entity who has finalsettlement authority is to be immediately available bytelephone at all times during the settlement conference,including the lunch hour, until released by the Court. . Signed by Judge Bert W. Milling Jr. on 1/5/05. (cmj, ) (Entered: 01/05/2005) |
| 12/21/2004 | 106 | Certified Mail Returned as Undeliverable as to Kathleen Kubicki re 104 Order and placed in file. (cmj, ) (Entered: 12/21/2004) |
| 12/02/2004 | 105 | Order: Settlement Conference set for 1/10/2005 09:00 AM in Courtroom 3B before Magistrate Judge Bert W. Milling Jr.; on 1/4/05 counsel for parties to set up a telephone conference call with the Court to discuss the status of their efforts to settle this action on their own and a decision will be made at that time whether to proceed with the settlement conference; to facilitate the settlement conference, parties to submit information to chambers as set out. Signed by Judge Bert W. Milling Jr. on 12/1/04. (cmj, ) (Entered: 12/02/2004) |
| 11/19/2004 | 104 | Order entered that Attorney Kathleen Kubicki pay $6,200 as sanctions pursuant to the civil contempt power of this court; of that amount $2,250 shall be paid to the Federal Practice Fund and $3,950 shall be paid to plaintiff as set out. Sanction to be paid NLT 1/3/2005. Signed by Judge Charles R. Butler Jr. on 11/18/04; mailed regular mail and certified mail (cmj, ) (Entered: 11/19/2004) |
| 11/16/2004 | 103 | Order granting 102 MOTION to Continue trial and pretrial conference (Motions terminated: 102 MOTION to Continue ) Jury Selection reset for 3/1/2005 09:00 AM in Courtroom 5A before Judge Charles R. Butler Jr. Jury Trial reset for March term before Judge Charles R. Butler Jr. Pretrial Conference reset for 1/27/2005 10:00 AM in Courtroom 5A before Judge Charles R. Butler Jr. Signed by Judge Charles R. Butler Jr. on 11/15/04. (cmj, ) (Entered: 11/16/2004) |
| 11/12/2004 | | MOTION for Settlement Conference by Mary Tkacik (see image at doce 102 ). Referred to Judge Milling(cmj, ) (Entered: 11/12/2004) |
| 11/12/2004 | | MOTIONS re: 102 MOTION to Continue Trial and Pretrial conference and motion *settlement conference* REFERRED to Judge Butler. NOTE: |

| | | |
|---|---|---|
| | | There is no image for this entry. (Motion to continue trial and pretrial referred to Judge Butler and Motion for settlement conference referred to Judge Milling) (cmj, ) (Entered: 11/12/2004) |
| 11/12/2004 | 102 | MOTION to Continue Trial and Pretrial Conference and Motion for *settlement conference* by Mary Tkacik. (Prine, Barry) Modified on 11/12/2004 (cmj, ). (Entered: 11/12/2004) |
| 10/22/2004 | 101 | RESPONSE TO ORDER re: 95 Order,,,,,, Set Deadlines/Hearings,,,,, by John D. Ashcroft filed by John D. Ashcroft. (Beyer, Patricia) (Entered: 10/22/2004) |
| 10/22/2004 | 100 | AFFIDAVIT re 95 Order,,,,,, Set Deadlines/Hearings,,,,, by Mary Tkacik. (Prine, Barry) (Entered: 10/22/2004) |
| 10/21/2004 | 99 | MOTION for Extension of Time to File Response/Reply as to 87 Notice (Other) by Mary Tkacik. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Prine, Barry) (Entered: 10/21/2004) |
| 10/12/2004 | 98 | RETURN OF SERVICE of Order 95 served 10/4/04 for Attorney Discipline Board and Attorney Grievance Commission (cmj, ) (Entered: 10/20/2004) |
| 10/08/2004 | 97 | REPLY to Response to Motion 49 *Supplemental Motion for Summary Judgment* filed by John D. Ashcroft. (Attachments: # 1 Exhibit 01-2283 Issue Acceptance Ltr)(Beyer, Patricia) (Entered: 10/08/2004) |
| 10/08/2004 | 96 | RESPONSE in Opposition re 49 MOTION to Dismiss *(Partial) and/or, Alternatively for Summary Judgment with Supporting Memorandum Response in Opposition re Plaintiff's Motion to Supplement* filed by John D. Ashcroft. (Attachments: # 1 Exhibit Torres Declaration)(Beyer, Patricia) (Entered: 10/08/2004) |
| 10/01/2004 | 95 | Order STRIKING 94 Response to Order to Show Cause filed by Kathleen Kubicki and finding Attorney Kathleen Kubicki in CONTEMPT as set out; that the court will consider the amount of the sanctions which it shall impose upon her;plaintiff and defendant shall file, on or before October 22, 2004, affidavits detailing the additional expenses and hours of work and, in the case of plaintiff's counsel, the customary or reasonable hourly rates applicable to such work, caused by Attorney Kubicki's noncompliance with the orders of this court;Attorney Kubicki is DISBARRED from the bar of this court and is thereby disqualified as counsel in the instant action. She nonetheless remains subject to the jurisdiction and discipline of this court for such other and further orders as may be forthcoming arising out of any of the matters referenced herein or any possible further or continuing violations of the rules or orders of this court. Response due by 10/22/2004 as set out above. Attorney Kubicki may NLT 10/18/04 submit tot he court a complete copy of her time records in this case as set out; Clerk to mail a copy of this order to the Attorney Grievance Commssion and Attorney Discipline Board as set out. Signed by Judge Charles R. Butler Jr. on 9/30/04. (cmj, ) (Entered: 10/01/2004) |

ALS District Version 3.0 Live - Docket Report

Case 1:06-cv-00001-RWR    Document 14-5    Filed 05/02/2007    Page 6 of 12

| | | |
|---|---|---|
| 09/28/2004 | | Minute Entry for proceedings held before Judge Charles R. Butler Jr.: Show Cause Hearing held on 9/28/2004 without the presence of the parties (other than P. Beyer on behalf of the govt) Ms. Kubicki did not appear as ordered. The court holds her in contempt and will enter a seperate order in this matter. (Court Reporter Eddie Howard.) (adk ) (Entered: 09/28/2004) |
| 09/24/2004 | 94 | RESPONSE TO ORDER TO SHOW CAUSE re: 79 Order to Show Cause re: return of records and files filed by Kathleen Kubicki, attorney for Mary Tkacik; ref. to Judge Butler. (cmj, ) (Entered: 09/27/2004) |
| 09/23/2004 | 93 | ENDORSED ORDER granting 92 Motion for Extension of Time to Respond to Plaintiff's Supplemental Response to Defendant's Motion for Partial Dismissal 91. Responses due by 9/8/2004. Signed by Judge Charles R. Butler Jr. on September 23, 2004. (aen, ) (Entered: 09/23/2004) |
| 09/22/2004 | 92 | MOTION for Extension of Time to File Response/Reply as to 91 Response to Motion by John D. Ashcroft. (Beyer, Patricia) (Entered: 09/22/2004) |
| 09/10/2004 | 91 | SUPPLEMENTAL RESPONSE to 49 MOTION to Dismiss *(Partial) and/or, Alternatively for Summary Judgment with Supporting Memorandum* filed by Mary Tkacik; ref. to Judge Butler. (cmj, ) (Entered: 09/13/2004) |
| 09/10/2004 | 90 | ENDORSED ORDER granting 89 Plaintiff's Motion to Permit Submission of Additional Evidence . Signed by Judge Charles R. Butler Jr. on September 10, 2004. (aen, ) (Entered: 09/10/2004) |
| 09/08/2004 | 89 | MOTION for Leave to File supplemental response to defendant's motion for partial dismissal and/or alternatively for summary judgment by Mary Tkacik. (Attachments:, # 1 supplemental response to motion for partial dismissal/summary judgment)Referred to Judge Butler(cmj, ) (Entered: 09/09/2004) |
| 08/31/2004 | 88 | ENDORSED ORDER granting 85 Plaintiff's Motion for Leave to File Brief in Opposition to Defendant's Motion to Dismiss or For Summary Judgment Out of Time. Signed by Judge Charles R. Butler Jr. on August 31, 2004. (aen, ) (Entered: 08/31/2004) |
| 08/29/2004 | 87 | NOTICE of Filing Materials by Mary Tkacik re 86 Memorandum in Opposition to Motion for Partial Dismissal and/or motion for summary judgment; ref. to Judge Butler (Exhibits not scanned and placed in RED FILE FOLDER) (cmj, ) (Entered: 08/30/2004) |
| 08/29/2004 | 86 | Memorandum in Opposition to 49 MOTION to Dismiss *(Partial) and/or, Alternatively for Summary Judgment with Supporting Memorandum* filed by Mary Tkacik; ref. to Judge Butler. (cmj, ) (Entered: 08/30/2004) |
| 08/29/2004 | 85 | MOTION for Leave to File Brief in Opposition to Defendant's Motion to Dismiss or For Summary Judgment out of time by Mary Tkacik. Referred to Judge Butler(cmj, ) (Entered: 08/30/2004) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARY TKACIK,

    Plaintiff,

v.                                             CIVIL ACTION NO. 02-0401-CB-M

JOHN ASHCROFT, Attorney General,
Department of Justice.

## ORDER

By order dated July 23, 2004, the court ordered Attorney Kathleen Kubicki to appear in person to show cause why she should not be held in civil contempt of certain prior orders of this court and why she should not be subject to discipline pursuant to Local Rule 83.7. The date of the hearing was later amended by separate order dated August 5, 2004.

### Kubicki's 'Response'

Attorney Kubicki failed to appear at the hearing as ordered. On Friday, September 24, 2004–two business days prior to this hearing–Attorney Kubicki filed a written document in apparent response to the court's order to appear and show cause. In that response, she "asks the court to waive her physical appearance" at this hearing, citing unspecified continuing medical treatment for her hands. She also attempts to argue that her utter failure to abide by one of the court's prior order was proper.

This request comes too late and further is insufficient. The show cause order required Attorney Kubicki to make any response to the order in person before the court at a particular time; it did not provide for a response in writing in lieu of personal attendance. Had Attorney Kubicki believed that she had a valid reason for reconsideration of that requirement or for a brief continuance of the hearing, any such motion

impose discipline on this basis at this time.

Having found Attorney Kathleen Kubicki to have been in substantial violation of the applicable standards of professional conduct set forth above, the court further finds that the appropriate initial discipline for the violations aforesaid is disbarment from the bar of this court. Counsel has failed to offer an explanation which would excuse her misconduct. She has failed to comply with direct orders to make such a showing and to minimize the prejudice caused by her violations. She has shown a significant degree of contempt for the authority of this court and for its orders, as well as a lack of care for the professional duties owed to her client, co-counsel, opposing counsel and the court.

Attorney Kubicki is a member of the Bar of the State of Michigan. According to the website of the Michigan Bar, her Michigan Bar ID number is P45929. The Clerk of Court is **DIRECTED** to forward a copy of this order to the appropriate offices of the Michigan State Bar, as follows, for such disposition as it may deem appropriate:

Attorney Grievance Commission
243 W. Congress, Ste. 256
Marquette Building
Detroit, MI 48226

Attorney Discipline Board
211 West Fort Street, Suite 1410
Detroit, Michigan 48226

Attorney Kubicki is reminded that she may have a duty under the rules applicable to lawyers admitted to other courts to which she has been admitted to notify them of this action.

Accordingly, it is hereby **ORDERED**

1) that Attorney Kathleen Kubicki is held in **CONTEMPT** of certain orders of this court as set forth above;

13

2) that the court will consider the amount of the sanctions which it shall impose upon her;

3) that plaintiff and defendant shall file, on or before October 22, 2004, affidavits detailing the additional expenses and hours of work and, in the case of plaintiff's counsel, the customary or reasonable hourly rates applicable to such work, caused by Attorney Kubicki's noncompliance with the orders of this court;

4) that Attorney Kubicki is found to have violated certain rules of professional conduct applicable to her as a member of the bar of this court; and

5) that Attorney Kubicki is **DISBARRED** from the bar of this court and is thereby disqualified as counsel in the instant action. She nonetheless remains subject to the jurisdiction and discipline of this court for such other and further orders as may be forthcoming arising out of any of the matters referenced herein or any possible further or continuing violations of the rules or orders of this court..

DONE this the 30th day of September, 2004.

s/CHARLES R. BUTLER, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARY TKACIK,

    Plaintiff,

v.

                          CIVIL ACTION NO. 02-0401-CB-M

JOHN ASHCROFT,

    Defendant

## ORDER

This matter comes before the court on the untimely motion (doc. 112) for extension of time brought by former counsel for the plaintiff.

Attorney Kubicki cites computer problems for the delay in seeking relief from this court's order (doc. 104) of November 19, 2004, ordering her to pay sanctions in the amount of $6,200. The sanctions were based upon a prior finding of contempt in an order (doc. 95) dated October 1, 2004. Attorney Kubicki also reiterates her prior explanations–previously considered, rejected and stricken by the court–in what appears to be a belated argument against the finding of contempt, as well.

Attorney Kubicki's Motion offers no reasonable explanation for her extended delay in filing a motion seeking reconsideration of the court's orders. While her unsworn motion alleges that her computer problems ended on the evening of February 20, 2005, she does not indicate when they began. Even were the court to assume that her computer was out of commission for most or all of the three months since entry of the order requiring her to pay the sanctions no later than January 3, 2005, that fact does not explain or excuse her failure to comply with that order or to seek a stay prior to the deadline, nor does it explain or excuse her failure to seek reconsideration within a reasonable time. The court takes judicial notice of the

availability of computers on an hourly or other rental basis, as well as other alternatives such as preparing a motion by typewriter, or even longhand if no other means were available. Any minimally diligent attorney, if faced with extended computer problems, would have availed herself of such alternatives in order to comply with court deadlines in her pending cases. In this instance, the citation of contempt for similar delays and nonfeasance should have made the need to do so far more compelling and obvious.

It thus appears that counsel is again in violation of an order of this court without adequate–or timely–excuse. The court will not, however, make an additional finding of contempt at this time, but may address that matter by separate order should Attorney Kubicki fail to comply within twenty (20) days of the date hereof.

The court looks with a jaundiced eye upon Ms. Kubicki's protestations. Her current disingenuous excuses are of a piece with her prior attempts–untimely made, improperly presented, and ultimately unconvincing–to explain her repeated failures to comply with several prior orders of the court. See order (doc. 95) and prior orders in this action.

Additionally, as to her request for additional time to file a motion for relief, the court is uncertain of what deadline counsel seeks an extension. Counsel's motion does not indicate what rule she intends to invoke to seek reconsideration of or relief from the court's orders of October 1, 2004, and November 19, 2004. Regardless, assuming that some deadline under some rule of procedure has run or will shortly run which would preclude a request for relief under that rule of procedure, the court finds that Attorney Kubicki has failed to demonstrate good cause for her failure to file or to otherwise justify an extension.

Accordingly, it is hereby **ORDERED** that Attorney Kubicki's Motion for Additional Time is **DENIED**. The Clerk is **DIRECTED** to forward a copy of this order to the following:

Attorney Grievance Commission
243 W. Congress, Ste. 256
Marquette Building
Detroit, MI 48226

and

Attorney Discipline Board
211 West Fort Street, Suite 1410
Detroit, MI 48226

**DONE** this the 23rd day of February, 2005.

s/CHARLES R. BUTLER, JR.
UNITED STATES DISTRICT JUDGE