UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KENTON TERRELL,

    Plaintiff,

v.                                    Civil Action No. 06-001 (RWR)

ALBERTO GONZALES,
    Attorney General
    Department of Justice.

    Defendant.

_____/

## MOTION FOR ADDITIONAL TIME IN WHICH TO RESPOND TO THE PLAINTIFF'S MOTION FOR SANCTIONS

    Kathleen M. Kubicki, respectfully moves the Court for additional time in which to respond to the plaintiff's motion for sanctions. Ms. Kubicki asks for an additional 2 weeks to file a response to the plaintiff's request for sanctions. There is considerable documentation to show that Plaintiff and his attorney, Michael Beasley, involved Ms. Kubicki in this matter without reason.

    Kathleen M. Kubicki represented Mr. Kenton Terrell during the EEOC hearing process. During that time, extensive work was conducted by Ms. Kubicki to include discovery and 21/2 days of hearing. Reference was made to the extensive material developed by Ms. Kubicki during the administrative processing of this matter in pleadings filed with this Court.

    In addition, plaintiff's current attorney relied on the work of Ms. Kubicki as admitted in the pleadings filed in this matter. In an effort to settle this matter, plaintiff has refused to pay for any services performed by Ms. Kubicki. Despite the fact that the plaintiff

1

refused to pay for such services, plaintiff filed a Grievance with the State Bar of Michigan to force Ms. Kubicki to turn over all work completed and all evidence developed during the administrative proceedings.

The plaintiff received all deposition material, all discovery material and every volume of the hearing transcript. For this work, Ms. Kubicki was not to be paid. Mr. Terrell and his current attorney have the benefit of the work of another attorney without the expense.

In addition, at the time of arbitration, the plaintiff had all documents and the hearing transcript. When asked to provide documents and a copy of the last day of the hearing, only a selected section of the transcript was sent. The few pages of 3 volumes that were sent, had no relevance to the material needed to defend the arbitration. Kathleen Kubicki could not support her case without the material and the plaintiff held it all.

Request is made for an additional 2 weeks to provide documentation of these acts to show that no sanctions should be awarded to the plaintiff. Mr. Terrell and his attorney have already used the work of Kathleen Kubicki and, by refusing access to the last volume of the hearing transcript, escaped payment for her services.

Ms. Kubicki will provide correspondence and documentation of these acts to show that plaintiff was responsible for the delay through his own actions.

Dated: 5/11, 2007

Respectfully submitted,

*(signature)*

Kathleen M. Kubicki
5895 Larkins Street
Detroit, MI 48210
313 896-8508
313 896-6373

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENTON TERRELL,

    Plaintiff,

v.                                              Civil Action No. 06-001 (RWR)

ALBERTO GONZALES,
    Attorney General
    Department of Justice.

    Defendant.

_____/

PROOF OF SERVICE

    I, Kathleen M. Kubicki, certify that on _____5/11_____, 2007 I placed a copy of the foregoing document in the U.S. mail service, first class postage prepaid, addressed to the U.S. Attorney's Office and Michael Beasley.

Dated: _____5/11_____, 2007

Respectfully submitted,

*[signature]*

Kathleen M. Kubicki
Attorney
5895 Larkins Street
Detroit, MI 48210
313 896-8508
313 896-6373

8

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENTON TERRELL,

    Plaintiff,

v.                                                                       Civil Action No. 06-001 (RWR)

ALBERTO GONZALES,
    Attorney General
    Department of Justice.

    Defendant.

_____/

ORDER

The Court having reviewed the request for additional time requested by Kathleen M. Kubicki hereby GRANTS her request. The response to plaintiff's Motion for Sanctions will be filed by _____, 2007.

Dated: _____, 2007


_____
U.S. District Court Judge