UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENTON D. TERRELL,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br> In His Capacity as Attorney General<br> of the United States,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0001 (RWR)<br>)              (DAR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION TO POSTPONE
<u>MAGISTRATE JUDGE SETTLEMENT CONFERENCE</u>**

      Plaintiff Kenton D. Terrell, by and through counsel, hereby moves for a postponement of the Settlement Conference with Magistrate Judge Robinson currently set for 10 a.m. on May 31, 2007.  This motion has the consent of counsel for the Defendant.

      In support hereof, the following information is provided:

      1.  This settlement conference was established pursuant to the Order of the District Court (District Judge Roberts) issued May 3, 2007, directing that the parties resume settlement discussions with Magistrate Judge Robinson in this proceeding.  Such directive was made following the Joint Status Report submitted by the parties to the Court on May 1, 2007, informing the Court that the long-pending matter of the claims of Plaintiff's former counsel, Kathleen Kubicki, had been resolved by an Arbitration Award of the American Arbitration Association issued in April 2007 finding Ms. Kubicki <u>not entitled to any further attorney's fees or costs</u> regarding her prior representation of

Plaintiff Terrell. The resolution of Ms. Kubicki's claims ostensibly then permitted the parties to move forward to settlement discussions without her overarching claim for over $35,000 in past fees clouding the negotiations.

2. On May 2, 2007, Plaintiff followed up the Joint Motion with a Motion to Quash Ms. Kubicki's attorney's lien placed into the record of this proceeding (with an accompanying Motion for Sanctions against Ms. Kubicki, for reasons stated therein). The quashing of the pending Kubicki lien was essential to Plaintiff's ability to move forward to negotiate a reasonable resolution of the pending District Court action.

3. On May 14, 2007, Kubicki filed with the Court a Motion for Extension of Time (dated and signed May 11, 2007) by two weeks to file a response in opposition to the Plaintiff's Motions to Quash and for Sanctions. While Kubicki, contrary to local Rules, did not request Plaintiff's position on such motion, Plaintiff did not subsequently oppose the extension. It is anticipated (but, of course, not known by Plaintiff) that the Court has withheld any decision on Plaintiff's Motion to Quash the pending lien until Kubicki has had an opportunity to file further pleadings for consideration by the Court. As of today, May 30, 2007 (16 days following the Motion for Extension of Time), however, Kubicki has not filed any further responsive pleading to the Plaintiff's motion. Additionally, in this interim period of time, AAA has denied Ms. Kubicki's appeal challenging the Arbitration Award for Mr. Terrell, and again informed Kubicki that the arbitration decision was in accordance with AAA rules and is final.

4. Because the Kubicki attorney's lien for a considerable amount of funds remains on the docket of the District Court proceeding, Plaintiff cannot yet agree to settlement terms with Defendant – and any further efforts to negotiate such terms must

necessarily be postponed pending final resolution of the spurious, but lingering, Kubicki financial claims in this case.  Upon the Court's determination to quash the pending lien, however, it is anticipated that fruitful settlement negotiations may proceed.

In consideration of the foregoing facts and circumstances, the parties would respectfully propose to postpone the settlement conference to the period beginning approximately June 19, 2007 (Defendant's counsel is not available on June 18, but the period of June 19-22 is available to both parties).  By such date, it is anticipated that the matter of Kubicki's lien finally will be resolved.

The Court's next established date in this proceeding is a Joint Status Report required for submission by the parties on July 9, 2007.  It is not anticipated that the requested postponement of the settlement conference will adversely affect that date or the required submission (the Joint Status Report) in any manner.

A proposed Order is provided herewith.

Respectfully submitted,

   /s/ *Michael W. Beasley*   
Michael W. Beasley, Esq.
D. C. Bar No. 248930
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Phone:  (703) 533-5875
Fax:  (703) 533-5876
E-Mail:  beasleys2@verizon.net

Attorney for Plaintiff Kenton D. Terrell

Attachment:  Proposed Order

**CERTIFICATE OF SERVICE**

I hereby certify that one copy each of the foregoing "Plaintiff's Consent Motion to Postpone Magistrate Judge Settlement Conference," with attached proposed Order, was forwarded to Counsel for Defendant through the Court's ECF program to the below listed Counsel and the identified Interested Party, this 30th day of May, 2007:

Jane M. Lyons, Esq.
Assistant United States Attorney
Office of the United States Attorney
 for the District of Columbia
555 4th Street, N. W., Room E4822
Washington, D. C.  20530

                                               /s/ *Michael W. Beasley*
                                              Michael W. Beasley, Esq.
                                              D. C. Bar No. 248930
                                              Attorney for Plaintiff Kenton D. Terrell