UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTON D. TERRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br>In His Capacity as Attorney General )<br>of the United States, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0001 (RWR)<br>(DAR) |

## ORDER

This matter came before the Court on Plaintiff's Consent Motion to Postpone Magistrate Judge Settlement Conference. For the reasons set forth, and the full record of this proceeding, it is hereby ORDERED:

1) That the Plaintiff's Consent Motion is HEREBY GRANTED; and,

2) That the Settlement Conference is reset for _____, 2007.

_____
United States Magistrate Judge

SERVE:

Michael W. Beasley, Esq.
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
E-Mail:  beasleys2@verizon.net

Jane M. Lyons, Esq.
Assistant United States Attorney
Office of the United States Attorney
 for the District of Columbia
555 4th Street, N. W., Room E4822
Washington, D. C.  20530
E-Mail:  jane.lyons@usdoj.gov