UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENTON D. TERRELL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO R. GONZALES,<br>　In His Capacity as Attorney General<br>　of the United States,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-001 (RWR)<br>)                                    (DAR)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties to this proceeding, by and through their undersigned counsel, respectfully submit to the Court their Joint Status Report, as directed through the Order of the Court entered May 3, 2007.

1. After engaging in productive settlement discussions through counsel and with the assistance of Magistrate Judge Robinson, the parties recently reached a tentative agreement on terms for settling all outstanding matters between them. This agreement is subject to final approval being obtained from the Department of Justice, but defendant's counsel does not anticipate any difficulty with that process. Counsel for the parties are currently in the process of reducing the agreement to writing, obtaining signatures and, in the case of Defendant, securing final necessary approvals.

2. Magistrate Judge Robinson has scheduled a further Telephone Settlement Conference between the parties for Wednesday, July 11, 2007, pursuant to a

      Minute Entry Order entered June 27, 2007. In light of the Defendant's response to Plaintiff since the previous settlement conference, counsel for the parties do not currently see any need for this event. If the Court agrees, the parties respectfully request that the Telephone Settlement Conference be canceled.

3. Because of material progress made towards settlement in this proceeding, the parties jointly recommend that the Court refrain from scheduling any further proceedings at this time to allow the parties to finalize and file a Joint Stipulation of Settlement and Voluntary Dismissal within the next thirty days.

                        Respectfully submitted,

| | |
|---|---|
| /s/ | |
| Michael W. Beasley, Esq. | Jeffrey A. Taylor |
| D. C. Bar No. 248930 | D. C. Bar No. 498610 |
| 200 Park Avenue, Suite 106 | United States Attorney |
| Falls Church, Virginia 22046 | |
| Phone: (703) 533-5875 | |
| Fax: (703) 533-5876 | |
| E-Mail: beasleys@erols.com | Rudolph Contreras |
| | D.C. Bar No. 434122 |
| Attorney for Plaintiff | Assistant United States Attorney |
| | |
| | /s/ |
| | Jane M. Lyons |
| | D.C. Bar No. 451737 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. – Civil Division |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-7161 |
| | Fax:    (202) 514-8780 |
| | Jane.lyons@usdoj.gov |
| | |
| | Attorneys for Defendant |

July 9, 2007