```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                              )
KENTON D. TERRELL,            )
     Plaintiff,               )
                              )
     v.                       )    Civil Action No. 06-0001 (RWR)
                              )
ALBERTO R. GONZALES,          )
                              )
     Defendant.               )
_____)
```

### ORDER

Counsel for the plaintiff and the defendants in this case notified the court that the parties have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 10th day of July, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```